HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SENGKHAM KOULAVONGSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SENGKHAM KOULAVONGSA,<br><br>          Defendant. | ) Case No. 1:17-cr-00121-LJO<br>)<br>) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE TO AUGUST 15, 2017; ORDER<br>)<br>) Date:   August 15, 2017<br>) Time:  2:00 p.m.<br>) Judge: Duty Magistrate<br>)<br>)<br>)<br>)<br>) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for defendant Sengkham Koulavongsa, that the status

conference currently scheduled for June 5, 2017, be continued to August 15, 2017, at 2:00 p.m.

At the last court hearing on April 27, 2017, the parties advised the Court that they were

continuing to work out the details of a transfer of jurisdiction.  On May 12, 2017, United States

District Judge Lawrence J. O'Neill approved the transfer of jurisdiction.  *See* Transfer of

Jurisdiction, Case No. 1:17-cr-00121-LJO, Docket No. 2.  Accordingly, the petition alleging a

supervised release violation will now be addressed in this District.

Also at the April 27, 2017 hearing, the Court released Mr. Koulavongsa to the three-

month WestCare drug treatment program, with a delayed release date of May 4, 2017.  As Mr.

Koulavongsa just entered the WestCare program earlier this month, the parties request that the Court continue the status conference on the petition alleging a supervised release violation until August 15, 2017, at which time Mr. Koulavongsa will have completed the WestCare program.

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

Date: June 1, 2017                      */s/ Kimberly Sanchez*
                                        KIMBERLY SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: June 1, 2017                      */s/ Erin Snider*
                                        ERIN SNIDER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SENGKHAM KOULAVONGSA



## **O R D E R**

        Pursuant to the parties' stipulation, the June 5, 2017 status conference is hereby continued to August 15, 2017, at 2:00 p.m.


IT IS SO ORDERED.

Dated:   **June 1, 2017**

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE